UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                Case No. 22-cr-20645

v.                            Hon. Terrence G. Berg

Allen Walter Earl,

        Defendant.
_____/

## ORDER TO EXTEND DEADLINES REGARDING MOTION FOR COMPASSIONATE RELEASE

Upon consideration of the Defendant Allen Walter Earl's motion to continue the deadlines related to his pro se Motion for Compassionate Release, the Court finds that it is appropriate to continue the deadlines.

Further, Defendant Earl's motion shows good cause to extend the deadlines by seventeen (17) days (ECF No. 53).

The new deadlines are:

- Defense counsel's supplemental brief to the motion for compassionate release on or by March 28, 2025; and

- Government's response to the motion for compassionate release and supplemental brief on or by April 30.

1

**SO ORDERED.**

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

DATED: March 6, 2025